State v. Luttrell.

---

THE STATE v. LUTTRELL, *Appellant*.

Division Two, November 20, 1896.

Criminal Practice: APPEAL: RECORD PROPER. Where defendant saved no exception to the action of the court in overruling the motions for a new trial and in arrest of judgment, and there is no error in the record proper, the judgment will be affirmed.

*Appeal from Ozark Circuit Court.*—HON. W. N. EVANS,
Judge.

AFFIRMED.

*McClendon & Boone* for appellant.

*R. F. Walker*, attorney general, and *Morton Jour-
dan*, assistant attorney general, for the state.

GANTT, P. J.—The defendant was indicted and
convicted in Ozark county for abducting the daughter
of William Aden for the purpose of concubinage. He
has saved no exceptions to the action of the court in
overruling his motions for new trial and in arrest, and
consequently we have only the record proper before us
for review. We find no error in the record proper and
the judgment of the circuit court must be and is
affirmed. SHERWOOD and BURGESS, JJ., concur.